In the Matter of FRANCES A. NICKEL, Individually, and as Administratrix of the Estate of MARY A. BISCARDI, Deceased, Respondent, against CITY OF NEW YORK et al., Appellants.— Appeal from an order granting an application for leave to serve notices of claim after the expiration of the period fixed by

section 50-e of the General Municipal Law. Order unanimously affirmed, with $10 costs and disbursements. In our opinion, the Special Term on this record had the power, in its discretion, to grant the application, and we find no improvident exercise of such discretion. Present — Nolan, P. J., Wenzel, Beldock, Hallinan and Kleinfeld, JJ.